**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

MISC. NO. 16-MC-84

$30,475 IN U.S. CURRENCY

**CONSENT MOTION TO EXTEND TIME**
**TO FILE CIVIL COMPLAINT FOR FORFEITURE**

NOW INTO COURT COMES the United States of America, by and through undersigned counsel who, with the written request of claimant's counsel, moves this Court to extend the time in which the United States is required to file a civil complaint for forfeiture regarding the seizure and claim over $30,475 dollars in U.S. Currency. The current date to file is November 9, 2016. The parties request a 60-day extension, to January 9, 2017. This Court has jurisdiction under 28 U.S.C. § 1355(b) as the U.S. Currency was seized in the Middle District and over this motion under 21 U.S.C. § 881(a)(6). The Court has the authority to grant the requested relief, pursuant to Title 18 U.S.C. § 983(a)(3)(A).

A memorandum in support of this motion, with exhibits, is attached hereto.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ Lyman E. Thornton III
Lyman E. Thornton III, LBN 20393
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: lyman.thornton@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

MISC. NO. 16-MC-84

$30,475 IN U.S. CURRENCY

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2016, a copy of the foregoing *Consent Motion to Extend Time to File Civil Complaint for Forfeiture, Memorandum in Support of Consent Motion to Extend Time to File Civil Complaint for Forfeiture* and a proposed *Order* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by facsimile to Ms. Alicia D. O'Neill, counsel for claimant, Ms. Alexis M. Ina.

/s/ Lyman E. Thornton III
Lyman E. Thornton III, LBN 20393
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: lyman.thornton@usdoj.gov