**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

$30,475 IN U.S. CURRENCY

MISC. NO. 16-MC-84

**MEMORANDUM IN SUPPORT OF CONSENT MOTION
TO EXTEND TIME TO FILE CIVIL COMPLAINT FOR FORFEITURE**

**I.   FACTUAL BACKGROUND**

On June 20, 2016, in the Middle District of Louisiana, as a result of a traffic stop, law enforcement seized $30,475 dollars in U.S. currency from Ms. Alexis M. Ina and Darick Lamont Hayes.  Pursuant to 18 U.S.C. § 983(a)(1)(A), both parties were notified in writing by the Drug Enforcement Administration (DEA) of the DEA's intent to forfeit the property pursuant to 21 U.S.C. § 881. On August 11, 2016, Ms. Ina and Mr. Hayes, through their respective counsel, filed separate claims of ownership to the currency. (See Exhibits 1 and 2) The claims were referred to the U.S. Attorney's Office (USAO).  On October 11, 2016, and again on October 17, 2016, the USAO asked the claimants, through their attorneys, for any facts, documents or statements that support their respective claims.  The USAO also made the claimants aware of a provision in the controlling statute that allows for an extension of time before the USAO would be required to formally act on their claims, as filed with the DEA.   On October 31, 2016, Ms. Ina, through counsel, stated they agree to the USAO asking the Court to extend the period of time for filing the complaint.  (See Exhibit 3) On November 1, 2016, Mr. Hayes, through counsel, formally withdrew his claim of ownership over the U.S. Currency. (See Exhibit 4.)  The current deadline to file expires on November 9, 2016.

**III.    LEGAL AUTHORITIES**

18 U.S.C. § 983(a)(3)(A) states—

(A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, <u>except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.</u> (Emphasis Added)

**IV.    ARGUMENT**

Mr. Hays has formally withdrawn his claim of ownership leaving Ms. Ina's claim to be determined.  Ms. Ina, through counsel, and the United States, through counsel, both agree to extend the current deadline of November 9, 2016, by at least 60 days, to January 9, 2017.  Also, good cause exists.  Extending the deadline allows Ms. Ina the requested time to collect the supporting documentation of her original claim.  The extent or amount of the documentation is unknown to the United States at this time.  The extension will allow the United States to receive and evaluate the documentation in a workmanlike manner, which may lead to a legally required or equitable resolution, thereby saving the resources of the claimant, USAO and the Court.

**V.     RELIEF**

WHEREFORE, the United States respectfully avers that both parties consent, and that good cause is shown, for this Court, pursuant to its authority under 18 U.S.C. § 983(a)(3)(A) to extend the current deadline to file a complaint for forfeiture.

    Respectfully submitted,

    UNITED STATES OF AMERICA, by

    J. WALTER GREEN
    UNITED STATES ATTORNEY

    /s/ Lyman E. Thornton III
    Lyman E. Thornton III, LBN 20393
    Assistant United States Attorney
    777 Florida Street, Suite 208
    Baton Rouge, Louisiana 70801
    Telephone: (225) 389-0443
    Fax: (225) 389-0561
    E-mail: lyman.thornton@usdoj.gov